## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRC INDUSTRIES, INC.,                          CIVIL ACTION
        **Plaintiff,**

   **v.**

SHELLEF HOLDINGS, INC.,                        NO.  24-2952
        **Defendant.**

### O R D E R

**AND NOW**, this 8th day of May, 2025, upon consideration of Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF No. 19), and the Response thereto (ECF No. 22), **IT IS ORDERED** that Defendant's motion is **DENIED**. Defendant shall file an answer to the complaint within 14 days of this Order.

                 **BY THE COURT:**

                 **/s/ Hon. Kelley B. Hodge**
                 _____
                    **HODGE, KELLEY B., J.**