IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRC INDUSTRIES, INC.,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SHELLEF HOLDINGS, INC.,<br>　　　　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  24-2952 |

## O R D E R

**AND NOW**, this 2nd day of July, 2026, upon consideration of the Joint Claim Construction Chart (ECF No. 55), Defendant/Counterclaim Plaintiff Shellef Holdings Inc.'s ("Shellef") Motion for Claim Construction (ECF No. 56), Plaintiff/Counterclaim Defendant CRC Industries, Inc.'s ("CRC") Motion for Claim Construction (ECF No. 58), the Joint Claim Construction Brief (ECF No. 61), supplemental briefing submitted by the parties (ECF Nos. 67 and 68), and following a *Markman* hearing on May 12, 2026, for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that the Court construes the claims terms of U.S. Patent No. 9,816,057 as follows:

| Claim Term | Court's Construction |
|---|---|
| "non-azeotropic" | A term used to describe a mixture of two or more solvents which does not maintain substantially the same composition in the liquid phase and in the vapor phase at the boiling point of the mixture |
| "flash point" | The lowest temperature at which the vapors from a volatile combustible liquid will ignite momentarily in air upon the application of a small flame |
| "nonflammable" | A term used to describe a composition which does not exhibit a flash point up to the boiling point of the composition at standard atmospheric pressure |
| modifier "about" used in connection with a quantity | The stated numeric value of the quantity, including the degree of error associated with the measurement of the particular quantity. |

2

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**

2